IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-00391-M

ROBERT PAUL SHARPE,

     Appellant,

v.

ALGERNON BUTLER, et al.,

     Appellees.

ORDER TO SHOW CAUSE

This matter comes before the court on Appellant's notice of appeal [DE 1]. The United States Bankruptcy Court has recommended dismissal of the appeal because Appellant has failed to pay the filing fee totaling $298.00 required for his appeal pursuant to 28 U.S.C. § 1930 and the Bankruptcy Court Miscellaneous Fee Schedule. DE 9 at 1. In light of that recommendation, the court ORDERS Appellant to pay the requisite filing fee no later that August 15, 2025, or SHOW CAUSE why he should not be required to pay the fee. A statement that Appellant has received in forma pauperis status from another court in another case will be insufficient to establish cause.

SO ORDERED this _4th_ day of August, 2025.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1